■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVETTE POWELL, Also Known as YVETTE POWELL, Appellant. [681 NYS2d 48] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Jones, J.), rendered February 22, 1996, convicting her of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish her guilt of assault in the second degree is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence is not excessive (*see, People v Suitte,* 90 AD2d 80). Rosenblatt, J. P., Copertino, McGinity and Luciano, JJ., concur.